IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PATRICIA JOHNSON, )
)
    Plaintiff, )
)
v. ) 1:20CV1038
)
FIDELIS RECOVERY MANAGEMENT, )
LLC, )
)
    Defendant. )

## DEFAULT JUDGMENT

For the reasons set forth in the Order filed contemporaneously herewith,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Patricia Johnson shall have and recover of Defendant Fidelis Recovery Management, LLC, the amount of $32,500.00 in statutory damages, plus interest at the legal rate from the date of Judgment until paid in full. All other claims are hereby dismissed.

This the 13th day of April, 2021.

                                        /s/ William L. Osteen, Jr.
                                      United States District Judge